UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| JOHN BELCASTRO<br><br>Plaintiff,<br><br>v.<br><br>INTERNATIONAL COLLECTION CORPORATION,<br><br>Defendant. | Case No. 2:16-cv-00503-JCM-GWF<br><br>ORDER |

Presently before the court is the case of *Belcastro v. International Collection Corporation*, case number 2:16-cv-00503-JCM-GWF.

On March 9, 2018, pursuant to Local Rule 41-1, the clerk of the court informed plaintiff that, if no action was taken in this case within thirty days, the court would dismiss the case for want of prosecution. (ECF No. 7). The clerk set a LR 41-1 dismissal deadline of April 9, 2018. That deadline has passed. Plaintiff has taken no action to prosecute this case.

Accordingly,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the case of *Belcastro v. International Collection Corporation*, case number 2:16-cv-00503-JCM-GWF, be, and the same hereby is, DISMISSED. The clerk of court is instructed to close the case.

is, DISMISSED. The clerk of court is instructed to close the case.

DATED THIS 17th day of April, 2018.

*/s/ James C. Mahan*
JAMES C. MAHAN
UNITED STATES DISTRICT JUDGE